**97–2276.   State v. Berenyi.**

Paulding App. No. 11–97–1.   Discretionary appeal allowed;  *sua sponte,* cause held for the decision in 96–2865, *State v. Golphin,* Cuyahoga App. No. 69266;  briefing schedule stayed.

**97–2380.   Kaiser v. Ameritemps, Inc.**

Summit App. No. 18205.

MOYER, C.J., would allow on Propositions of Law Nos. I, II, and V only.

PFEIFER and COOK, JJ., dissent.